### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROBERT PENNINGTON** | **CRIMINAL ACTION NO. 08-137-1** |

### ORDER

**AND NOW,** this 16th day of May 2022, upon consideration of Defendant's Motion Seeking Compassionate Release [Doc. No. 271], Defendant's *pro se* Motion to Lift Stay, and the related briefing, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to docket Defendant Robert Pennington's *pro se* Motion to Lift Stay, which is attached to the Court's Order of March 31, 2022 [Doc. No. 278].

2. Defendant's *pro se* Motion to Lift Stay is **GRANTED**, solely with respect to proceedings surrounding Defendant's motion seeking compassionate release.

3. Defendant's Motion Seeking Compassionate Release [Doc. No. 271] is **DENIED without prejudice**.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**